NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


03-984


KAREN HAYNES


VERSUS


LARRY HAYNES


**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 01-C-0843-B
HONORABLE AARON FRANK MCGEE, PRESIDING
**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir and Glenn B. Gremillion, Judges.

**AFFIRMED.**

Alfred V. Pavy Boudreaux
Pavy & Boudreaux
116 W. Bellevue Street
Opelousas, LA   70570
(337) 942-3466
COUNSEL FOR PLAINTIFF-APPELLEE:
        Karen Haynes

John W. Grant
201-B Travis Street
P.O. Box 52604
Lafayette, LA   70505
(337) 234-3777
COUNSEL FOR DEFENDANT/APPELLANT:
        Larry Haynes